UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

KEVIN JAMES LISLE,

    Petitioner,                                              2:03-cv-1006-RLH-CWH

vs.                                                    **MINUTES OF THE COURT**

RENEE BAKER, *et al.*,                        January 26, 2012

    Respondents.
_____/

PRESENT:
THE HONORABLE    ROGER L. HUNT    , UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:    DENNIS M. FARIAS        REPORTER:    NONE APPEARING

COUNSEL FOR PETITIONER:    NONE APPEARING

COUNSEL FOR RESPONDENTS:    NONE APPEARING

MINUTE ORDER IN CHAMBERS:    XXX

      In this capital habeas corpus action, the respondents have filed a motion (docket #109), requesting that Renee Baker be substituted for E.K. McDaniel, as the respondent warden. The court is informed that Renee Baker is now the warden of Ely State Prison, the prison where the petitioner is incarcerated. Therefore, pursuant to Federal Rule of Civil Procedure 25(d), respondents' motion shall be granted, and Renee Baker shall be substituted for her predecessor, E.K. McDaniel, as the respondent warden.

      **IT IS THEREFORE ORDERED** that respondents' Motion for Substitution of Respondent (docket #109) is **GRANTED**. The Clerk of the Court shall substitute Renee Baker for E.K. McDaniel, on the docket, as the respondent warden in this action, and shall update the caption of the action to reflect this change.

                                              LANCE S. WILSON, CLERK

                                              By:          /s/
                                                    Deputy Clerk