# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEVIN JAMES LISLE, | Case No. 2:03-cv-01006-MMD-CWF |
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, et al., | |
| Respondents. | |

This capital habeas corpus action was stayed, upon an unopposed motion by the petitioner, in an order entered August 4, 2008 (dkt. no. 81), to allow the petitioner, Kevin James Lisle, to exhaust claims in state court.

On November 21, 2012, Lisle filed a motion to lift the stay (dkt. no. 117). In that motion, Lisle states that the state-court proceedings have concluded. On December 5, 2012, respondents responded to the motion to lift the stay (dkt. no. 118), stating that they do not oppose the motion. The Court will, therefore, grant the motion to lift the stay.

The Court will also set a status conference to hear from counsel with respect to a schedule for further proceedings in this action.

IT IS THEREFORE ORDERED that petitioner's Motion to Vacate Stay and Reopen Capital Habeas Corpus Proceedings (dkt. no. 117) is GRANTED. The stay of this action is lifted.

IT IS FURTHER ORDERED that a telephonic status conference is set for January 22, 2013, at 1:00 p.m., to hear from counsel with respect to a schedule for

1  further proceedings in this action. To join the telephonic status conference,
2  approximately five minutes before the time set for the conference, counsel should call
3  702-868-4919 and enter the code 123456.  If counsel have any questions about this
4  procedure, they may call Peggie Vannozzi, at 702-464-5429, in advance of the
5  conference.

7  DATED THIS 12th day of December 2012.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE