UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| KEVIN JAMES LISLE, | Case No. 2:03-cv-01006-MMD-CWH |
|---|---|
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, et al., | |
| Respondents. | |

In this capital habeas corpus action, on January 27, 2014, the Court held an *ex parte* status conference, to hear from the petitioner, Kevin James Lisle, and his counsel, regarding matters related to their attorney-client relationship.

After hearing from Lisle and his counsel, the Court finds that a conference between Lisle and his counsel is necessary. Lisle's counsel represented to the Court that they believe that a "contact visit" would be most beneficial. Therefore, the Court orders that the warden of Ely State Prison shall allow a contact visit as follows (on the same terms as were imposed in an order entered August 17, 2009, in the related case of *Lisle v. Baker*, 2:03-cv-1005-JCM-CWH (docket no. 149 in that case)).

The respondent warden of Ely State Prison shall allow a contact visit between Kevin James Lisle and his counsel, at a reasonable time to be agreed upon between the warden and Lisle's counsel. During the contact visit, Lisle shall remain restrained in a manner to be determined by the warden and reasonably consistent with Lisle's security classification. No recording devices shall be allowed for the contact visit. The contact visit shall be held in a room where the visit may be observed by, but outside the

hearing of, prison officers. The warden may set a time limit for the contact visit, but the time limit shall be not less than three (3) hours. The contact visit must occur within forty-five (45) days from the entry of this order.

It is so ordered.

DATED THIS 28th day of January 2014.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE