UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

KEVIN JAMES LISLE,

    Petitioner,

v.

RENEE BAKER, *et al.*,

    Respondents.

Case No. 2:03-cv-01006-MMD-CWH

ORDER

In this capital habeas corpus action, the respondents filed a motion to dismiss on December 26, 2014. (Dkt. no. 182.) The petitioner, Kevin James Lisle, filed an opposition to that motion on April 27, 2015. (Dkt. no. 206.) After an extension of time, Lisle had until May 27, 2015, to file any motion for leave to conduct discovery and/or motion for evidentiary hearing related to his opposition to the motion to dismiss. *See* Minute Order entered April 28, 2015 (dkt. no. 210). The court has ordered that respondents would then have 75 days following Lisle's filing of any motion for leave to conduct discovery and/or motion for evidentiary hearing, related to his opposition to the motion to dismiss, to file a reply in support of the motion to dismiss and to file responses to any motion for leave to conduct discovery and/or motion for evidentiary hearing. *See id; see also* Minute Order entered May 5, 2015 (dkt. no. 212).

On May 12, 2015, Lisle's counsel filed an *ex parte* motion to withdraw (dkt. no. 213). That motion is pending.

On May 18, 2015, Lisle filed a *pro se* "Motion for Stay and Abeyance" (dkt. no. 214). That motion is plainly meritless, and, moreover, as Lisle is represented by

counsel, the Court will not consider such pro se filings. See LR IA 10-6. Lisle's *pro se* motion will be denied.

On May 27, 2015, Lisle filed a motion for extension of time (dkt. no. 215), requesting, in essence, that the briefing of the motion to dismiss, as well as any motion for leave to conduct discovery and/or motion for evidentiary hearing related to Lisle's opposition to the motion to dismiss, be suspended pending the resolution of Lisle's counsel's ex parte motion to withdraw. Lisle's counsel informs the Court that respondents' counsel joins in that motion. In the interests of judicial economy, the Court will grant the motion for extension of time.

It is therefore ordered that petitioner's *pro se* Motion for Stay and Abeyance (dkt. no. 214) is denied.

It is further ordered that petitioner's Unopposed Motion for Extension of Time (dkt. no. 215) is granted. The schedule for petitioner to file any motion for leave to conduct discovery and/or motion for evidentiary hearing related to his opposition to the motion to dismiss, and for respondents to file a reply in support of their motion to dismiss, is vacated. The Court will set a new schedule for those filings after Lisle's counsel's *ex parte* motion to withdraw is resolved.

DATED THIS 28th day of May 2015.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE