1
2
3
4
5
6

UNITED STATES DISTRICT COURT

7

DISTRICT OF NEVADA

8

* * *

9

KEVIN JAMES LISLE,

Case No. 2:03-cv-01006-MMD-CWH

10

Petitioner,

ORDER

11

v.

12

RENEE BAKER, *et al.*,

13

Respondents.

14
15
16

The respondents in this capital habeas corpus action filed a motion to dismiss on

17

December 26, 2014. (Dkt. no. 182.) The petitioner, Kevin James Lisle, filed an

18

opposition to that motion on April 27, 2015. (Dkt. no. 206.)

19

On May 12, 2015, Lisle's counsel filed an *ex parte* motion to withdraw. (Dkt. no.

20

213.) That motion is pending.

21

On May 28, 2015, the Court ordered further briefing of the motion to dismiss

22

suspended pending resolution of the motion to withdraw. (Dkt. no. 216.)

23

The Court has determined that further limited briefing regarding the motion to

24

dismiss will be beneficial at this time.

25

It is therefore ordered that, within twenty (20) days from the entry of this order,

26

respondents shall file a reply in support of their motion to dismiss, responding only to

27

Lisle's argument, at pages 4-10 of his opposition to the motion to dismiss (dkt. no. 206),

28

that the State has waived the statute of limitations defense.

The Court will, when appropriate, schedule respondents' further reply to Lisle's opposition to the motion to dismiss, and the filing and litigation of Lisle's anticipated motion for evidentiary hearing.

DATED THIS 11th day of June 2015.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE