UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| KEVIN JAMES LISLE, | Case No. 2:03-cv-01006-MMD-CWH |
|---|---|
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, *et al.*, | |
| Respondents. | |

In this capital habeas corpus action, on May 12, 2015, petitioner's counsel filed an *ex parte* motion to withdraw. (Dkt. no. 213 (sealed).) The Court denied that motion on July 31, 2015. (Dkt. no. 225 (sealed).) On August 21, 2015, petitioner's counsel filed an *ex parte* motion for reconsideration. (Dkt. no. 229 (sealed).) On September 3, 2015, the Court granted the motion for reconsideration (dkt. no. 231 (sealed)), to the extent that the Court will appoint separate counsel for Lisle for the limited purpose of supplementing Lisle's opposition to respondents' motion to dismiss (dkt. no. 182), to assert certain arguments regarding the issue of equitable tolling of the statute of limitations. Lisle's current counsel — the Federal Public Defender for the District of Nevada — will not otherwise be discharged from their representation of Lisle.

A schedule for separate counsel to supplement Lisle's opposition to the motion to dismiss and for other further briefing of the motion to dismiss, as well as for the filing and briefing of any motions for leave to conduct discovery or for an evidentiary hearing,

will be set after the Court locates and appoints separate counsel, and after separate counsel has had time to become sufficiently familiar with the case.

It is so ordered.

DATED THIS 10th day of September 2015.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE