UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEVIN JAMES LISLE,<br><br>　　　　　　Petitioner,<br>v.<br><br>RENEE BAKER, *et al.*,<br><br>　　　　　　Respondents. | Case No. 2:03-cv-01006-MMD-CWH<br><br>ORDER |

In this capital habeas corpus action, on May 12, 2015, counsel for petitioner Kevin James Lisle filed an *ex parte* motion to withdraw. (Dkt. no. 213 (sealed).)The Court denied that motion on July 31, 2015. (Dkt. no. 225 (sealed).) On August 21, 2015, petitioner's counsel filed an *ex parte* motion for reconsideration (dkt. no. 229 (sealed)). On September 3, 2015, the court granted the motion for reconsideration (dkt. no. 231 (sealed)), to the extent that the Court will appoint separate counsel for Lisle for the limited purpose of supplementing Lisle's opposition to respondents' motion to dismiss (dkt. no. 182), to assert certain arguments regarding the issue of equitable tolling of the statute of limitations.

It is, therefore, hereby ordered that A. Richard Ellis (75 Magee Ave., Mill Valley, California, 94941, 415-389-6771) is appointed to represent Kevin James Lisle in this federal habeas corpus action, pursuant to 18 U.S.C. § 3599, for the limited purpose of asserting, on his behalf, certain arguments regarding the issue of equitable tolling of the statute of limitations.

1    It is further ordered that A. Richard Ellis shall, within seven (7) days from the date of this order, file a notice of appearance as counsel for Lisle, or other document indicating his inability to accept this appointment.

It is further ordered that the Clerk of the Court shall serve a copy of this order on A. Richard Ellis, 75 Magee Ave., Mill Valley, California 94941.

DATED THIS 14th day of September 2015.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE