UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEVIN JAMES LISLE,<br><br>                       Petitioner,<br>    v.<br><br>RENEE BAKER, *et al.*,<br><br>                      Respondents. | Case No. 2:03-cv-01006-MMD-CWH<br><br>ORDER |

In this capital habeas corpus action, the petitioner, Kevin James Lisle, was to file a supplement to his opposition to the respondents' motion to dismiss by January 15, 2016. *See* Order entered November 16, 2015 (dkt. no. 236).

On January 8, 2016, Lisle filed a motion for extension of time (dkt. no. 237), requesting a 60-day extension of time — to March 15, 2016 — to file the supplement to his opposition to the motion to dismiss. Petitioner's counsel states that the extension of time is necessary because of delay caused by the budgeting process, the complexity of this matter, and his obligations in other cases. Respondents' counsel does not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and there is good cause for the requested extension of time. The Court will grant the motion for extension of time.

It is therefore ordered that petitioner's motion for extension of time (dkt. no. 237) is granted. Petitioner shall have until and including March 15, 2016, to file the supplement to his opposition to the motion to dismiss. Thereafter, the schedule for

further proceedings shall be governed by the order entered on November 16, 2015 (dkt. no. 236).

The Court will not look favorably upon any motion to further extend the deadline for the supplement to Lisle's opposition to the motion to dismiss.

DATED THIS 13th day of January 2016.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE