UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEVIN JAMES LISLE,<br><br>     Petitioner,<br>v.<br><br>RENEE BAKER, *et al.*,<br><br>     Respondents. | Case No. 2:03-cv-01006-MMD-CWH<br><br>ORDER |

In this capital habeas corpus action, after a 60-day extension of time, the respondents are, on August 16, 2016, due to file a reply in support of their motion to dismiss, a response to the petitioner's motion for evidentiary hearing (ECF No. 243), a response to the petitioner's motion for leave to conduct discovery (ECF No. 244), and a response to the petitioner's motion for orders for medical examination (ECF No. 245). *See* Order filed May 31, 2016 (ECF No. 247). On August 15, 2016, one day before the deadline, respondents filed a motion for extension of time (ECF No. 248), in which, as the Court understands it, they request a further extension of time for those filings, to October 14, 2016 — a 59-day extension of time. Petitioner does not oppose the extension of time.

Respondents' counsel states that the extension of time is necessary because of the complexity of this matter, and because of his obligations in other cases. The Court finds that the requested extension of time is excessive, and the Court is troubled by respondents waiting until the day before the due date to make the request.

1    The Court will grant an extension of time, but for a shorter period than is
requested. *The Court will not be inclined to further extend these deadlines absent extraordinary circumstances.*

It is therefore ordered that respondents' Motion for Extension of Time (ECF No. 248) is granted in part and denied in part. Respondents will have until and including September 30, 2016, to file their reply in support of their motion to dismiss, a response to the petitioner's motion for evidentiary hearing (ECF No. 243), a response to the petitioner's motion for leave to conduct discovery (ECF No. 244), and a response to the petitioner's motion for orders for medical examination (ECF No. 245).

It is further ordered that, in all other respects, the schedule for further proceedings set forth in the order entered November 16, 2016 (ECF No. 236) will remain in effect.

DATED THIS 16th day of August 2016.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE