UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEVIN JAMES LISLE, <br><br> Petitioner, <br> v. <br><br> RENEE BAKER, *et al.*, <br><br> Respondents. | Case No. 2:03-cv-1006-MMD-CWH <br><br> ORDER |

In this capital habeas corpus action, on August 15, 2016, the respondents filed a motion for extension of time (ECF no. 248), and on August 17, 2016, the Court granted that motion in part and denied it in part, extending to September 30, 2016, the time for respondents "to file *their reply in support of their motion to dismiss*, a response to the petitioner's motion for evidentiary hearing (ECF no. 243), a response to the petitioner's motion for leave to conduct discovery (ECF no. 244), and a response to the petitioner's motion for orders for medical examination (ECF no. 245)." Order entered August 17, 2016 (ECF no. 249), at 2, lines 6-9 (emphasis added).

On August 18, 2016, respondents filed a motion for reconsideration (ECF No. 250), requesting that the extension of time be applied to their response to the oppositions to their motion to dismiss filed at ECF Nos. 206 and 240.

The August 17, 2016, order expressly extended the time for respondents to file "their reply in support of their motion to dismiss," as well as their responses to petitioner's motions. Order entered August 17, 2016 (ECF no. 249), at 2, line 6.

Respondents' "reply in support of their motion to dismiss" will, by definition, include their response to the oppositions to their motion to dismiss filed at ECF nos. 206 and 240. Therefore, reconsideration of the August 17 order is unnecessary; respondents' time to respond to the oppositions to their motion to dismiss filed at ECF nos. 206 and 240 has been extended to September 30.

It is therefore ordered that respondents' Motion to Reconsider (ECF no. 250) is denied.

DATED THIS 22nd day of August 2016.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE