UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEVIN JAMES LISLE,<br><br>Petitioner,<br><br>v.<br><br>TIMOTHY FILSON, *et al.*,<br><br>Respondents. | Case No. 2:03-cv-01006-MMD-CWH<br><br>ORDER |

In this capital habeas corpus action, after an 11-day extension of time, the petitioner, Kevin James Lisle, was due to file his fourth amended petition for writ of habeas corpus on April 17, 2017. (*See* Order entered April 6, 2017 (ECF No. 289).)

On April 17, 2017, Lisle filed a motion for extension of time (ECF No. 290), requesting that the time for him to file the fourth amended petition be extended by four more days, to April 21, 2017. Lisle's counsel states that the extension of time is necessary because of unforeseen work involved in drafting the fourth amended petition. There is no indication that respondents oppose this modest extension of time. The Court finds that Lisle's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

It is therefore ordered that petitioner's motion for extension of time (ECF No. 290) is granted. Petitioner will have until April 21, 2017, to file his fourth amended petition for writ of habeas corpus.

It is further ordered that, in all other respects, the schedule for further proceedings set forth in the order entered March 17, 2017 (ECF No. 284) will remain in effect.

DATED THIS 18th day of April 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE