UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

KEVIN JAMES LISLE,

Petitioner,

v.

WILLIAM GITTERE, *et al.*,

Respondents.

Case No. 2:03-cv-1006-MMD-CWH

ORDER

In this capital habeas corpus action, Respondents filed their answer on October 1, 2018 (ECF No. 318). Petitioner Kevin James Lisle was then due to file a reply to the answer by November 15, 2018. (*See* Order entered March 17, 2017 (ECF No. 284).)

On November 7, 2018, Lisle filed a motion for extension of time (ECF No. 319), requesting that the time for his reply be extended by sixty days, to January 14, 2019. Lisle's counsel states that the extension of time is necessary because of his obligations in other cases. The Court finds that Lisle's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time he requests.

It is therefore ordered that Petitioner's motion for extension of time (ECF No. 319) is granted. Petitioner will have until January 14, 2019, to file a reply to the answer.

It is further ordered that, in all other respects, the schedule for further proceedings set forth in the order entered March 17, 2017 (ECF No. 284) will remain in effect.

///

///

///

///

It is further ordered that, pursuant to Federal Rule of Civil Procedure 25(d), the Clerk of the Court substitute William Gittere for Timothy Filson, on the docket for this case, as the respondent warden.

DATED THIS 8th day of November 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE