UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

KEVIN JAMES LISLE,

Petitioner,

v.

WILLIAM GITTERE, *et al.*,

Respondents.

Case No. 2:03-cv-1006-MMD-CWH

ORDER

In this capital habeas corpus action, Petitioner Kevin James Lisle filed a document, *pro se*, on January 7, 2019 (ECF No. 321) and another on February 19, 2019 (ECF No. 327). Those documents have been filed under seal. On March 6, 2019, Respondents filed a motion (ECF No. 334) requesting that Lisle's two *pro se* filings be unsealed. The briefing of that motion will proceed under LR 7-2(b).

Respondents also filed a motion (ECF No. 335) requesting leave of court to file under seal two exhibits in support of their motion to unseal of Lisle's *pro se* filings. The Court will grant that motion to preserve the confidentiality of these matters pending the resolution of Respondents' motion to unseal the *pro se* filings.

It is therefore ordered that Respondents' Motion for Leave to File Exhibits Under Seal (ECF No. 335) is granted. The exhibits have been filed under seal (ECF No. 336). The Clerk of the Court need take no further action in that regard.

DATED THIS 7th day of March 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE