UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

KEVIN JAMES LISLE,

                                    Petitioner,

        v.

WILLIAM GITTERE, *et al.*,

                                    Respondents.

Case No. 2:03-cv-1006-MMD-CWH

ORDER DISCHARGING SEPARATE COUNSEL, A. RICHARD ELLIS, FROM REPRESENTATION OF PETITIONER

In this capital habeas corpus action, in an order entered on September 15, 2015, the Court appointed A. Richard Ellis, as separate counsel for Petitioner Kevin James Lisle for the limited purpose of asserting, on Lisle's behalf, certain arguments regarding the issue of equitable tolling of the statute of limitations (ECF No. 233). The equitable tolling issue has been resolved (*see* ECF No. 317). Therefore, the Court will discharge Ellis from his representation of Lisle. The Court will consider reappointing Ellis, or appointing different separate counsel for Lisle, if and when the need arises.

It is therefore hereby ordered that A. Richard Ellis is discharged from his representation of Kevin James Lisle in this federal habeas corpus action.

DATED THIS 26th day of June 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE