RENE L. VALLADARES
Federal Public Defender
Nevada Bar No. 11479
DAVID ANTHONY
Assistant Federal Public Defender
Nevada Bar No. 007978
David_Anthony@fd.org
ERIK R. GUENTHER
Assistant Federal Public Defender
Wisconsin Bar No. 1041774
Erik_Guenther@fd.org
STACY M. NEWMAN
Assistant Federal Public Defender
Nevada Bar No. 14245
Stacy_Newman@fd.org
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(702) 388-5819 (fax)

Attorneys for Petitioner

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN JAMES LISLE,<br><br>      Petitioner,<br><br>      v.<br><br>WILLIAM GITTERE, Warden, Ely State Prison & AARON FORD, Nevada Attorney General,<br><br>      Respondents. | Case No. 2:03-cv-1006-MMD-CWH<br><br>**STIPULATION AND PROPOSED ORDER**<br><br>DEATH PENALTY CASE |

1     On July 5, 2019, this Court adopted the parties proposed stipulation describing the process for recommending of and assistance for a Court's expert to determine "whether Lisle is competent to make [a waiver of further proceedings] and whether his waiver is knowing, intelligent, and voluntary." ECF No. 358 at 5; ECF No. 363 at 6.

    Since that time, the parties have attempted to contact eleven potential experts. Communications with potential experts is more difficult as the parties seek to comply with their agreement, adopted by the Court to, share all communications with potential experts with the other side, either by inclusion on e-mails or through conference calls. ECF No. 363 at 2.

    The parties have received some responses from potential experts, but will still need to review responses, vet those experts, and see if they can reach agreement as to a recommended expert. Alternatively, the parties will be forwarding separate recommendations to the Court.

    As a separate matter, David Anthony, the Capital Habeas Unit Chief, will be on personal leave from July 19 – 28, 2019. Mr. Anthony would need to approve the Petitioner's position regarding this issue.

///

///

///

The parties respectfully request that the time to submit a proposed agreed upon expert, or separate recommendations of an expert (two per side) until August 9, 2019, rather than the originally stipulated date of July 17, 2019.

DATED this 17th day of July, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | AARON FORD<br>Nevada Attorney General |
| */s/ David Anthony*<br>DAVID ANTHONY<br>Assistant Federal Public Defender | */s/ Michael Bongard*<br>MICHAEL BONGARD<br>Deputy Attorney General |
| */s/ Erik R. Guenther*<br>ERIK R. GUENTHER<br>Assistant Federal Public Defender | |
| */s/ Stacy M. Newman*<br>STACY M. NEWMAN<br>Assistant Federal Public Defender | |

## ORDER

Based on the stipulation and for good cause shown, it is hereby ordered that the Court agrees that the parties may have until August 9, 2019, to forward a joint recommendation for a Court's expert to determine "whether Lisle is competent to make [a waiver of further proceedings] and whether his waiver is knowing, intelligent, and voluntary." If they are unable to reach agreement, then each side is to forward two names to the Court by August 9, 2019.

Dated this 18th day of July, 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE