AARON D. FORD
  Attorney General
Michael J. Bongard (Bar. No. 7997)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1539 Avenue F, Suite 2
Ely, NV 89301
(775) 289-1632 (phone)
(775) 289-1653 (fax)
mbongard@ag.nv.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN JAMES LISLE,<br><br>   Petitioner,<br><br>vs.<br><br>WILLIAM GITTERE, et al.,<br><br>   Respondents. | Case No. 2:03-cv-01006-MMD-DJA<br><br>**STIPULATED MOTION FOR AN EXTENSION OF TIME AND PROPOSED ORDER TO PROVIDE COURT WITH NAMES OF EXPERTS TO CONDUCT COMPETENCY EVALUATION OF PETITIONER**<br>**(ECF NO. 372)**<br>**(DEATH PENALTY CASE)** |

   Respondents, through legal counsel, Aaron D. Ford, Attorney General of The State of Nevada, and Michael J. Bongard, Senior Deputy Attorney General, and Petitioner, Kevin James Lisle, through his attorneys, David Anthony and Stacy Newman, hereby move this Court for an enlargement of time, up and to Wednesday, October 16, 2019, in which to submit the response to the Court's September 6, 2019 order (ECF No. 372) nominating experts to conduct a competency evaluation of the petitioner. Respondents base this request upon the following statements of counsel.

   Because of Mr. Anthony's and Mr. Bongard's respective schedules, counsel were unable to meet and confer regarding the Court's September 6, 2019 order until September 22, 2019. Mr. Bongard was out of the office appearing in Court in Pioche, Nevada on September 10, 2019, and out of the office attending training from September 11-13, 2019. Mr. Bongard was also doing *pro bono* work on Friday, September 20, 2019. Mr. Anthony was out of the office September 6-12, 2019.

   Counsel for both parties at this point need to reach out to additional experts in order to find potential experts that will meet the Court's requirements of academic, clinical/forensic experience, and

experience in criminal legal matters stated on page 2 of the Court's September 6, 2019. (ECF No. 372.) Counsel anticipates needing two weeks to obtain and vet the names of potential experts. Counsel also anticipates meeting via telephone on either Friday, October 11, 2019, or Monday, October 14, 2019, to select experts to forward to the Court.

Counsel does not anticipate needing any additional enlargement of time to submit the names of experts to the Court. The parties provide notice to the Court that Mr. Bongard has annual leave scheduled for Monday, October 22, 2019 through Wednesday, November 6, 2019. However, if the Court intends to schedule a hearing during this time, Chief Deputy Attorney General Heather Procter could attend the hearing.

Therefore, the parties respectfully request the Court extend the time for the parties to submit the names of additional experts to the stipulated date of Wednesday, October 16, 2019.

DATED this 26th day of September, 2019.

RENE L. VALLADARES
Federal Public Defender

AARON D. FORD
Attorney General

/s/ David Anthony
David Anthony
Assistant Federal Public Defender

By: /s/ Michael J. Bongard
Michael J. Bongard (Bar No. 007997)
Senior Deputy Attorney General

/s/ Stacy M. Newman
Stacy M. Newman
Assistant Federal Public Defender

**ORDER**

Based upon the stipulation and for good cause shown, it is hereby ordered that the Court agrees that the parties may have until October 16, 2019, to forward a joint recommendation for a Court's expert to determine "whether Lisle is competent to make such a waiver and whether his waiver is knowing, intelligent, and voluntary." If Respondents and the FPD are unable to reach agreement, then each side is to submit two names of potential experts to the Court by October 16, 2019.

DATED this __27th__ day of __September__, 2019

_____
MIRANDA M. DU
Chief United States District Judge