UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEVIN JAMES LISLE,<br><br>                Petitioner,<br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>                Respondents. | Case No. 2:03-cv-1006-MMD-DJA<br><br>ORDER |

In this capital habeas corpus action, Petitioner Kevin James Lisle has filed, *pro se*, a motion to waive further proceedings and voluntarily dismiss this action. (ECF No. 359.) The Court has determined that Petitioner's motion raises the questions of whether Petitioner is competent to make such a waiver and whether his waiver is knowing, intelligent and voluntary, and the Court has determined that a mental health examination of Petitioner is necessary in order to resolve those questions. (*See* ECF No. 358 (Order entered June 20, 2019).) Respondents and the Federal Public Defender ("FPD") entered a stipulation establishing a procedure for the mental health examination (ECF No. 362), which the Court approved (ECF No. 363). In accordance with the stipulation, Respondents and the FPD have conferred and have attempted to agree upon an expert, but unable to agree, they have submitted names of potential experts, along with information about those candidates. (ECF Nos. 367, 377.) In addition, each side has submitted objections to experts proposed by the other. (ECF Nos. 371,373, 380.)

The Court has considered the material submitted by Respondents and the FPD regarding the potential experts they have nominated, as well as the arguments and objections that the parties have made in their filings and at the telephonic status

conference on August 23, 2019. The Court recognizes and appreciates the efforts of the FPD and counsel for Respondents with respect to this matter.

The Court will appoint Dr. Melissa Piasecki, whose experience best satisfies the Court's concerns. Dr. Piasecki has done forensic work for both the prosecution/respondent side and the defendant/petitioner side in criminal and habeas cases, alleviating any concern that she may favor one side or the other before conducting her examination. The Court also observes that Respondents originally nominated Dr. Piasecki, and that, in the parties' October 16, 2019 filing, the FPD states that "Dr. Piasecki most closely meets the criteria set forth by this Court in its order of September 6, 2019," and "agrees with the resubmission of Dr. Piasecki's name." (ECF No. 377 at 2.)

Dr. Piasecki's work will proceed as outlined in the stipulation filed by the parties on July 3, 2019, and approved by the Court on July 5, 2019. (ECF Nos. 362, 363.) The Court reminds the parties that they represented in the stipulation that the expert's report could be completed by December 31, 2019.

It is therefore ordered that Dr. Piasecki is appointed to determine whether Petitioner is competent to waive further proceedings in this case and whether his waiver is knowing, intelligent and voluntary.

DATED THIS 4th day of November 2019.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

2