RENE L. VALLADARES
Federal Public Defender
Nevada Bar No. 11479
DAVID ANTHONY
Assistant Federal Public Defender
Nevada Bar No. 007978
David_anthony@fd.org
STACY M. NEWMAN
Assistant Federal Public Defender
Nevada Bar No. 14245
Stacy_newman@fd.org
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(702) 388-5819 (fax)

Attorneys for Petitioner

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN JAMES LISLE,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, Warden, Ely State Prison, AARON FORD, Nevada Attorney General,<br><br>Respondents. | Case No. 2:03-cv-01006-MMD-DJA<br><br>**STIPULATION AND PROPOSED ORDER**<br><br>**(DEATH PENALTY CASE)** |

On July 5, 2019, this Court accepted the parties' stipulation "regarding various aspects of the process for a mental health examination of Mr. Lisle for the purposes of determining whether Mr. Lisle is competent to make a waiver of further proceedings and whether his waiver is knowing, intelligent, and voluntary." ECF No. 363 at 6.

Paragraph 13 of that stipulation provided:

> Subject to the availability of documents for the expert to review and the expert's schedule, the parties anticipate the expert could complete the report by December 31, 2019, with the Court scheduling a hearing after conferring with the parties.

*Id.* at 5 ¶13.

On November 4, 2019, this Court appointed Dr. Melissa Piasecki to evaluate Mr. Lisle. ECF No. 382.

The parties have been working together on complying with the July 5, 2019 stipulation, which also included details about how the documents would be prepared, how those documents would be transmitted to the expert, and how the expert's evaluation would be scheduled. *See* ECF No. 363 at 3–5 ¶¶6–12.

On December 20, 2019, the parties had a telephone conference with Dr. Piasecki and reached consensus about scheduling the evaluation.

IT IS HEREBY STIPULATED AND AGREED that:

1. The parties anticipate that Dr. Piasecki will evaluate Mr. Lisle on or around February 9, 2020, or February 10, 2020, depending upon the warden's ability to ensure proper staffing for the evaluation. The parties anticipate that Dr. Piasecki could complete the report by the end of February.

1        2.     In all other respects, the parties will continue to comply with the July 5, 2019 stipulation.

DATED this 23rd day of December, 2019.

| RENE L. VALLADARES | AARON FORD |
|---|---|
| Federal Public Defender | Nevada Attorney General |

*/s/ David Anthony*                                   */s/ Michael Bonbard*
DAVID ANTHONY                                       MICHAEL BONGARD
Assistant Federal Public Defender          Deputy Attorney General

*/s/ Stacy M. Newman*
STACY M. NEWMAN
Assistant Federal Public Defender

| | |
|---|---|
| 1 | **ORDER** |
| 2 | The parties have submitted a stipulation regarding the scheduling of the |
| 3 | mental health examination of Mr. Lisle for purposes of determining whether Mr. |
| 4 | Lisle is competent to make a waiver of further proceedings and whether his waiver |
| 5 | is knowing, intelligent, and voluntary. |
| 6 | Based on the stipulation and for good cause shown, it is hereby ordered that |
| 7 | the Court adopts the parties' proposed stipulation dated December 20, 2019. |
| 8 | Dated this 6th day of January, 2020. |

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE