AARON D. FORD
Attorney General
Michael J. Bongard (Bar. No. 7997)
Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1539 Avenue F, Suite 2
Ely, NV 89301
(775) 289-1632 (phone)
(775) 289-1653 (fax)
mbongard@ag.nv.gov

Attorneys for Respondents

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN JAMES LISLE,<br><br>    Petitioner,<br><br>vs.<br><br>WILLIAM GITTERE, et al.,<br><br>    Respondents. | Case No. 2:03-cv-01006-MMD-CWH<br><br>**ORDER TO TRANSPORT PETITIONER TO MEETINGS WITH COUNSEL AT THE FEDERAL COURTHOUSE** |

In accordance with the Order this Court's June 19, 2020 (ECF No. 407) order setting an evidentiary hearing on October 22-23, 2020, and the related order to transport Lisle to that hearing:

**IT IS THE ORDER OF THE COURT** that the Nevada Department of Corrections will transport inmate **Kevin James Lisle, NDOC #49948**, to the Bruce R. Thompson Federal Courthouse, 400 S. Virginia Street, Reno, Nevada, at 9:00am on Tuesday, October 20, 2020 and Wednesday, October 21, 2020 for the purpose of meeting with his counsel to prepare for the evidentiary hearing. The parties anticipate the meetings ending at 4:45 pm. However, NDOC can return Lisle earlier if so informed by the parties.

DATED this 16th day of October, 2020.

_____
DISTRICT COURT JUDGE

Submitted by:

/s/ Michael J. Bongard
Michael J. Bongard (Bar No. 007997)
Senior Deputy Attorney General