AARON D. FORD
  Attorney General
Michael J. Bongard (Bar. No. 7997)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1539 Avenue F, Suite 2
Ely, NV 89301
(775) 289-1632 (phone)
(775) 289-1653 (fax)
mbongard@ag.nv.gov

Attorneys for Respondents

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN JAMES LISLE, | Case No. 2:03-cv-01006-MMD-CWH |
| Petitioner, | **ORDER TO TRANSPORT PETITIONER** |
| vs. | |
| WILLIAM GITTERE, et al., | |
| Respondents. | |

In accordance with the Order this Court's June 19, 2020 (ECF No. 407) order setting an evidentiary hearing on October 22-23, 2020:

**IT IS THE ORDER OF THE COURT** that the Nevada Department of Corrections (NDOC) will transport inmate **Kevin James Lisle, NDOC #49948**, to the Bruce R. Thompson Federal Courthouse, 400 S. Virginia Street, Reno, Nevada, to personally attend the evidentiary hearing scheduled for Thursday, October 22, 2020 at 9:00a.m, and Friday, October 23, 2020 at 9:00am in Courtroom 5 before the Honorable Miranda M. Du.

The Clerk of Court additionally shall provide a copy of this order to the Marshal's Reno office.

DATED this 20th day of October, 2020.

_____
DISTRICT COURT JUDGE

Submitted by:

/s/ Michael J. Bongard
Michael J. Bongard (Bar No. 007997)
Senior Deputy Attorney General

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General and that on this 22nd day of September, 2020, I served a copy of the foregoing **(proposed) ORDER TO TRANSPORT PETITIONER**, by U.S. District Court CM/ECF electronic filing to:

David Anthony
Stacy M. Newman
Assistant Federal Public Defenders
411 E Bonneville Ave. Ste. 250
Las Vegas, Nevada 89101
David_anthony@fd.org
Stacy_newman@fd.org

                              /s/ Amanda White