AARON D. FORD
  Attorney General
Michael J. Bongard (Bar. No. 7997)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1539 Avenue F, Suite 2
Ely, NV 89301
(775) 289-1632 (phone)
(775) 289-1653 (fax)
mbongard@ag.nv.gov

Attorneys for Respondents

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN JAMES LISLE, | Case No. 2:03-cv-01006-MMD-CWH |
| Petitioner, | **ORDER TO TRANSPORT PETITIONER** |
| vs. | |
| WILLIAM GITTERE, et al., | |
| Respondents. | |

In accordance with this Court's June 19, 2020 (ECF No. 407) order setting an evidentiary hearing on October 22-23, 2020, and the minutes from the October 20, 2020 status conference vacating and rescheduling that hearing (ECF No. 434):

**IT IS THE ORDER OF THE COURT** that the Nevada Department of Corrections will transport inmate **Kevin James Lisle, NDOC #49948**, to the Bruce R. Thompson Federal Courthouse, 400 S. Virginia Street, Reno, Nevada, to personally attend the evidentiary hearing scheduled for Thursday, November 12, 2020 at 9:00a.m, and Friday, November 13, 2020 at 9:00am in Courtroom 5 before the Honorable Miranda M. Du.

/ / /

/ / /

/ / /

/ / /

/ / /

The Clerk of Court additionally shall provide a copy of this order to the Marshal's Reno office.

DATED this  22nd day of   October         , 2020.

_____
DISTRICT COURT JUDGE

Submitted by:

/s/ Michael J. Bongard
Michael J. Bongard (Bar No. 007997)
Senior Deputy Attorney General