Rene L. Valladares
Federal Public Defender
Nevada Bar No. 11479
*David Anthony
Assistant Federal Public Defender
Nevada State Bar No. 7978
David_Anthony@fd.org
*Stacy Newman
Assistant Federal Public Defender
Nevada State Bar No. 14245
Stacy_Newman@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
(702) 388-5819 (fax)

*Attorneys for Petitioner

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Kevin James Lisle,<br><br>        Petitioner,<br><br>    v.<br><br>William Gittere, Warden, Ely State Prison, Aaron Ford, Nevada Attorney General,<br><br>        Respondents. | Case No. 2:03-cv-01006-MMD-DJA<br><br>**Stipulation and Proposed Order**<br><br>DEATH PENALTY CASE. |

On June 4, 2021, this Court issued a minute order setting a schedule for discovery related to Petitioner Kevin Lisle's March 20, 2021 Declaration. *See* ECF Nos. 462, 455-1. The Court ordered that the parties have 45 days to schedule and conduct depositions following Mr. Lisle's requests for production and the State's disclosure of documents.

Because a scheduling issue will prevent completion of the depositions within this 45-day timeframe, the parties enter this stipulation to extend the time by one week.

IT IS HEREBY STIPULATED AND AGREED that:

1. On June 14, 2021, counsel for Mr. Lisle served on counsel for the State requests for production of documents. On July 14 and 15, 2021, Mr. Lisle received documents from the State in response to these requests for production. Forty-five days from July 15, 2021 is August 29, 2021, a Sunday, making the deadline to complete depositions August 30, 2021.

2. On July 16, 2021, counsel for Mr. Lisle emailed counsel for the State to schedule the depositions. In early August, counsel for both parties conferred about the depositions, reaching a tentative agreement. On August 9, 2021, counsel for Mr. Lisle served subpoenas on opposing counsel, who had previously agreed to accept service by email, for depositions to occur the week of August 23, 2021. It was then discovered that Nathan Holland, one of the attorneys for the State, had a scheduling conflict during that week.

3. The parties again conferred and determined the following week would conform to the witnesses' and attorneys' schedules. The parties have scheduled and

1  agreed that the following depositions will occur: on August 31, 2021 at 9:00 a.m.,
2  counsel for Mr. Lisle will depose Daron Franklin; on September 1, 2021 at 9:00 a.m.,
3  counsel for Mr. Lisle will depose William Miller; on September 3, 2021 at 9:00 a.m.,
4  counsel for Mr. Lisle will depose a witness designated by the Nevada Department of
5  Corrections under Fed. R. Civ. P. 30(b)(6). Mr. Lisle served updated subpoenas via
6  email on August 23, 2021.

   4. The parties agree to extend by seven days the period to complete the depositions; the new deadline to complete depositions is September 6, 2021.

   DATED this 25th day of August, 2021.

| RENE L. VALLADARES | AARON FORD |
| Federal Public Defender | Nevada Attorney General |

| */s/ David Anthony* | */s/ Michael Bongard* |
| david anthony | MICHAEL BONGARD |
| Assistant Federal Public Defender | Senior Deputy Attorney General |

*/s/ Stacy Newman*
STACY NEWMAN
Assistant Federal Public Defender

**ORDER**

The parties have submitted a stipulation agreeing to extend by seven days the time to complete depositions up to and including September 6, 2021.

Based on the stipulation and for good cause shown, it is hereby ordered that depositions in this case be completed by September 6, 2021. The minute order entered on June 4, 2021 otherwise remains in effect.

DATED this __26th__ day of __August__, 2021.

_____
Miranda M. Du
Chief United States District Judge