# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

KEVIN JAMES LISLE,

    Petitioner,

v.

WILLIAM REUBART, *et al.*,

    Respondents.

Case No. 2:03-cv-01006-MMD-DJA

ORDER

In this capital habeas case, on May 6, 2022, the Court ordered Petitioner Kevin James Lisle to show cause as to why Claims 8A, 8C (in part), 16B, 16C, 16E, and 16F of his Fourth Amended Petition for Writ of Habeas Corpus should not be denied as procedurally defaulted. (ECF No. 474.) The Court granted Lisle 30 days, to June 6, 2022, to respond to that order. (*Id.*)

On June 6, 2022, Lisle filed a motion for extension of time (ECF No. 475 ("Motion")), requesting a 30-day extension of time, to July 6, 2022, to respond to the order to show cause. This would be the first extension of this deadline. Lisle's counsel states that the extension of time is necessary because of the complexity of this matter and his obligations in other cases. Respondents do not oppose the Motion. The Court finds that the Motion is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time. The Court will therefore grant this Motion.

///

///

///

///

///

It is therefore ordered that Petitioner's Motion for Extension of Time (ECF No. 475) is granted. Petitioner will have until and including July 6, 2022, to file his response to the order to show cause (ECF No. 474).

DATED THIS 7th Day of June 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE